FILED

JUN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CHAD EDWARD KASTLE
Plaintiff,

vs.

KAREN Y. KIRBY, MD; MICHAEL S. EVANS, WARDEN; & DOE # 1
Defendant.

CASE NO. C08-3138 - JF

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, CHAD E. KASTLE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes XX No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0.00 Net: 0.00

Employer: STATE OF CALIFORNIA AT SVSP, INMATE PORTER JOB NUMBER PTR-B.529 B52W, NO PAY

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___

___

3. Are you married? — Yes ___ No X

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NO PERSONS ARE DEPENDANT UPON ME FOR SUPPORT

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ____________ Year ____________ Model ____________

Is it financed? Yes ____ No ____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ____________

Present balance(s): $ ____________

Do you own any cash? Yes ____ No X Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

8. What are your monthly expenses?

Rent: $ 0 Utilities: 0

Food: $ 0 Clothing: 0

Charge Accounts: NONE

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$51,372.00 (RESTITUTION) TO VENTURA COUNTY SUPERIOR COURT

$350.00 TO THIS COURT ON CIVIL NO. CV-08-00646-JF (PR)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

THIS COURT IN KASTLE VS. SCHWARZENEGGER (03-10-2008) ABOVE NO.

THIS COURT IN KASTLE VS. EVANS (04-25-08), 5:08-CV-02196-JF

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/24/2008
DATE

SIGNATURE OF APPLICANT

**Case Number: ___________________**

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ____________________________ [prisoner name] for the last six months ____________________________________ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____________ and the average balance in the prisoner's account each month for the most recent 6-month period was $______________.

Dated:_____________ ___________________________________ [Authorized officer of the institution]

Case Number: ______________

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Kastle, Chad D86598 for the last six months at

[prisoner name]

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 2.54 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 2.54.

Dated: 6/26/08

L. Macias

[Authorized officer of the institution]

REPORT ID: TS3030 .701

REPORT DATE: 06/26/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 26, 2008

ACCOUNT NUMBER : P86598
BED/CELL NUMBER: FBB5T1000000102L
ACCOUNT NAME : KASTLE, CHAD EDWARD
ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/06* | VD54 | INMATE PAYROL | 1492P11/07 | | 4.57 | | 4.57 |
| 12/13 | W516 | LEGAL COPY CH | 1568 LCOPY | | | 4.57 | 0.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/07* | VD54 | INMATE PAYROL | 1736P12/07 | | 7.99 | | 7.99 |
| 01/07 | W512 | LEGAL POSTAGE | 1745 LPOST | | | 4.08 | 3.91 |
| 01/07 | W512 | LEGAL POSTAGE | 1746 ENVEL | | | 1.10 | 2.81 |
| 01/09 | W516 | LEGAL COPY CH | 1781 LCOPY | | | 2.40 | 0.41 |
| 01/17* | W502 | POSTAGE CHARG | 1868 POST | | | 0.41 | 0.00 |
| 02/06* | VD54 | INMATE PAYROL | 2038 P1/08 | | 2.67 | | 2.67 |
| 02/07 | W536 | COPAY CHARGE | 2056DCOPAY | | | 2.67 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/05/2008 | H109 | LEGAL POSTAGE HOLD | 3081 LPOST | 0.42 |
| 06/05/2008 | H109 | LEGAL POSTAGE HOLD | 3081 LPOST | 0.42 |
| 06/05/2008 | H109 | LEGAL POSTAGE HOLD | 3081 LPOST | 0.42 |
| 06/06/2008 | H118 | LEGAL COPIES HOLD | 3105 LCOPY | 0.80 |
| 06/06/2008 | H118 | LEGAL COPIES HOLD | 3105 LCOPY | 2.60 |
| 06/06/2008 | H118 | LEGAL COPIES HOLD | 3105 LCOPY | 1.60 |
| 06/06/2008 | H118 | LEGAL COPIES HOLD | 3105 LCOPY | 4.50 |
| 06/06/2008 | H118 | LEGAL COPIES HOLD | 3105 LCOPY | 3.50 |
| 06/06/2008 | H109 | LEGAL POSTAGE HOLD | 3105 ENVEL | 1.15 |
| 06/10/2008 | H109 | LEGAL POSTAGE HOLD | 3117 LPOST | 0.93 |
| 06/10/2008 | H109 | LEGAL POSTAGE HOLD | 3117 LPOST | 1.85 |
| 06/10/2008 | H109 | LEGAL POSTAGE HOLD | 3117 LPOST | 0.76 |
| 06/10/2008 | H109 | LEGAL POSTAGE HOLD | 3117 LPOST | 0.42 |
| 06/10/2008 | H118 | LEGAL COPIES HOLD | 3117 LCOPY | 5.40 |
| 06/12/2008 | H109 | LEGAL POSTAGE HOLD | 3160 LPOST | 1.68 |
| 06/12/2008 | H109 | LEGAL POSTAGE HOLD | 3160 LPOST | 1.68 |
| 06/13/2008 | H109 | LEGAL POSTAGE HOLD | 3167 LPOST | 0.42 |
| 06/13/2008 | H109 | LEGAL POSTAGE HOLD | 3167 ENVEL | 0.80 |
| 06/16/2008 | H109 | LEGAL POSTAGE HOLD | 3182 ENVEL | 0.20 |
| 06/16/2008 | H109 | LEGAL POSTAGE HOLD | 3182 LPOST | 0.42 |
| 06/16/2008 | H109 | LEGAL POSTAGE HOLD | 3182 LPOST | 0.42 |
| 06/18/2008 | H109 | LEGAL POSTAGE HOLD | 3221 LPOST | 4.80 |
| 06/18/2008 | H118 | LEGAL COPIES HOLD | 3221 LCOPY | 20.00 |
| 06/20/2008 | H109 | LEGAL POSTAGE HOLD | 3240 LPOST | 0.42 |
| 06/20/2008 | H109 | LEGAL POSTAGE HOLD | 3240 LPOST | 0.42 |
| 06/20/2008 | H109 | LEGAL POSTAGE HOLD | 3240 LPOST | 4.80 |

REPORT ID: TS3030 .701 REPORT DATE: 06/26/08
PAGE NO: 2

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 26, 2008

ACCT: P86598 ACCT NAME: KASTLE, CHAD EDWARD ACCT TYPE: I

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/20/2008 | H109 | LEGAL POSTAGE HOLD | 3240 LPOST | 4.80 |
| 06/20/2008 | H109 | LEGAL POSTAGE HOLD | 3240 LPOST | 0.42 |
| 06/20/2008 | H109 | LEGAL POSTAGE HOLD | 3240 ENVEL | 1.55 |
| 06/20/2008 | H118 | LEGAL COPIES HOLD | 3240 LCOPY | 11.10 |
| 06/20/2008 | H118 | LEGAL COPIES HOLD | 3240 LCOPY | 25.20 |
| 06/20/2008 | H118 | LEGAL COPIES HOLD | 3240 LCOPY | 1.60 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/26/00 CASE NUMBER: *CR45410
COUNTY CODE: *VEN FINE AMOUNT: $ 52,372.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 12/01/2007 | BEGINNING BALANCE | | | 51,650.70 |
| 12/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 5.07- | 51,645.63 |
| 01/07/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 8.87- | 51,636.76 |
| 02/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 2.95- | 51,633.81 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 15.23 | 15.23 | 0.00 | 105.50 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6/26/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Macias SVSP
TRUST OFFICE

CURRENT AVAILABLE BALANCE

105.50-