1
2
3              UNITED STATES DISTRICT COURT
4              NORTHERN DISTRICT OF CALIFORNIA
5                    SAN JOSE DIVISION
6

7  CHAD EDWARD KASTLE,                )
8              Plaintiff,             )
                                       ) No.
9         vs.                          )
                                       )            SUMMONS
10 KAREN Y. KIRBY, MD;                 )
   MICHAEL S, EVANS, WARDEN;           )
11 CORRECTIONAL SERGEANT "JANSEN"      )
   AS DOE # 1,                         )         FRCP, RULE 4
12                                     )
              Defendants.              )
13 ─────────────────────────────────────

14 TO CORRECTIONAL SERGEANT "JANSEN" AS DOE # 1:

15       You are hereby summonsed and required to serve upon the
16 Plaintiff, whose address is 31625 Highway 101, Soledad, Calif.
17 an answer to the complaint which is herewith served upon you,
18 within 20 days after service of this summons upon you, exclusive
19 of the day of service or, 60 days if the U.S. Government or
20 officer/agent thereof is a defendant.  If you fail to do so,
21 judgment by default will be taken against you for the relief
22 demanded in the complaint.
23 Clerk of the Court.
24
25 Date: _____
26
27
28

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5                SAN JOSE DIVISION
6

7  CHAD EDWARD KASTLE,           )
                                  )
8              Plaintiff,         ) No.
                                  )
9         vs.                     )
                                  )         SUMMONS
10 KAREN Y. KIRBY, MD;            )
   MICHAEL S. EVANS, WARDEN;      )
11 CORRECTIONAL SERGEANT "JANSEN  )         FRCP, RULE 4
   AS DOE # 1,                    )
12                                )
               Defendants.        )
13 ───────────────────────────────

14 TO MICHAEL S. EVANS, DEFENDANT:

15      You are hereby summoned and required to serve upon the

16 Plaintiff, whose address is 31625 Highway 101, Soledad, Calif.

17 an answer to the complaint which is herewith served upon you,

18 within 20 days after service of this summons upon you, exclusive

19 of the day of service or, 60 days if the U.S. Government or

20 officer/agent thereof is a defendant.  If you fail to do so,

21 judgment by default will be taken against you for the relief

22 demanded in the complaint.

23 Clerk of the Court

24

25 Date:_____

26
27
28

```
                UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION


CHAD EDWARD KASTLE,           )
                              )
            Plaintiff,        )  No.
                              )
        vs.                   )
                              )
KAREN Y. KIRBY, MD;           )       SUMMONS
MICHAEL S. EVANS, WARDEN;     )
CORRECTIONAL SERGEANT "JANSEN")
AS DOE # 1,                   )       FRCP, RULE 4
                              )
            Defendants.       )
_____)
```

TO KAREN Y. KIRBY, DEFANDANT:

You are hereby summoned and required to serve upon the Plaintiff, whose address is 31625 Highway 101, soledad, Calif. an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service or, 60 days if the U.S. Government or officer/agent thereof is a defandant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court


Date:_____