Chad E. Kastle, P86598
31625 Highway 101, POB 1050
Soledad, Calif. 93960-1050

FILED
2008 AUG -6  P 3: 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

July 30, 2008

C08-3138-JF

Clerk of the Court
United States District Court
Northern District of California
San Jose Division
280 S. First Street, #2112
San Jose, Calif. 95113-3008

**RE:** Chad Edward Kastle v. Karen Y. Kirby, MD

Dear Clerk of the Court,

On June 26, 2008 I filed a Civil Rights Action (§1983) in this court and have not received a documented Filed Notice and Civil Case Number. I ask that this court forward me the requested information above. Thank You.

Sincerely,

Chad E. Kastle, Plaintiff
In Pro Per
///

cc/ck07292008.007

seal

