Chad Kastle, P86598
P.O. Box 1050
Soledad, CA 93960-1050

August 26, 2008

Clerk of the US District Court
Northern District of California
280 S. First St., #2112
San Jose CA 95113-3008

RE: Civil Action §1983

FILED

AUG 28 2008

NOR... ...URT
SAN JOSE CALIFORNIA

C08- 3138-JF

Dear Clerk of the Court,

I submitted a Civil Complaint to this Office on June 25th, 2008 and have yet to receive a filing date and case number. I will submit a request for leave to amend the complaint once I receive a court designation, filing Number and filing Date.

Thank you for your help.

Sincerely,

Chad Kastle, Plaintiff
SVSP-P86598
///

[attachment original Petition]

Salinas Valley State Prison
Chad KASTLE P86598
POB 1050 (B5-102
Soledad CA 93960-1050

STATE PRISON
GENERATED MAIL

Clerk of the Court
US District Court
N. Dist of CA
280 S. First St., #2112
San Jose CA 95113-3008

02 1A
0004397458
MAILED FROM ZIPCODE 93960
$00.59
AUG 27 2008
PITNEY BOWES