COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name    KASTLE, CHAD EDWARD

**FILED**

    (Last)                 (First)           (Initial)

AUG 28 2008

Prisoner Number    P86598

Institutional Address    31625 HIGHWAY 101, P O BOX 1050

SOLEDAD, CALIFORNIA 93960-1050

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHAD EDWARD KASTLE

(Enter the full name of plaintiff in this action.)

vs.

KAREN Y. KIRBY, MD

MICHAEL S. EVANS, WARDEN

CORRECTIONAL SERGEANT, "JANSEN"

AS DOE 1, SUED OFFICIALLY & INDP.

(Enter the full name of the defendant(s) in this action)

Case No. C08 - 3138 - JF
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go

forward.  The court will dismiss any unexhausted claims.]

    A.    Place of present confinement    SALINAS VALLEY STATE PRISON

    B.    Is there a grievance procedure in this institution?

        YES (**X**)    NO ( )

    C.    Did you present the facts in your complaint for review through the grievance

        procedure?

        YES (**X**)    NO ( )

    D.    If your answer is YES, list the appeal number and the date and result of the

        appeal at each level of review.  If you did not pursue a certain level of appeal,

        explain why.

COMPLAINT

- 1 -

1. Informal appeal  BYPASSED BY ADMINISTRATIVE STAFF

SEE ATTACHED INMATE APPEAL

2. First formal level  BYPASSED BY ADMINISTRATIVE STAFF

3. Second formal level  DENIED IN TOTAL, APPEAL LOG

NUMBER: SVSP-B-08-00671

4. Third formal level  PARTIALLY GRANTED, APPEAL LOG

NUMBER: IAB-0725515

E.    Is the last level to which you appealed the highest level of appeal available to

you?

YES (x)       NO ( )

F.    If you did not present your claim for review through the grievance procedure,

explain why.  N/A

II.    Parties.

A.    Write your name and your present address.  Do the same for additional plaintiffs,

if any.

CHAD E. KASTLE CDCR # P86598, POB 1050, SOLEDAD, CA 93960

B.    Write the full name of each defendant, his or her official position, and his or her

place of employment.

KAREN Y. KIRBY, MD (STAFF PSYCHIATRIST), CURRENTLY EMPLOYEED

COMPLAINT                              - 2 -

1  AT SALINAS VALLEY STATE PRISON, 31625 HWY 101, SOLEDAD, CA
2  93960; MICHAEL S. EVANS, WARDEN OF SALINAS VALLEY STATE PRISON
3  ; (DOE # 1) CORRECTIONAL SERGEANT, "JANSEN", EMPLOYEED AT
4  SVSP AT THE TIME OF INCIDENT.

5  III.    Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  ON 7-25-07 I MET WITH STAFF PSYCHIATRIST KAREN Y. KIRBY, MD
11  TO RENEW MY PSYCHIATRIC MEDICATION.   CONCLUDING THIS SESSION
12  DR. KIRBY CONTENDED THAT I WAS UNDER THE INFLUENCE OF A
13  CONTROLED SUBSTANCE AND CONTACTED CORRECTIONAL SERGEANT
14  JANSEN (DOE #1) DISCLOSING HER ASSESSMENT, AND REQUESTED THAT
15  I SUBMIT TO A URINE ANALYSIS THROUGH CORRECTIONAL OFFICER
16  MARTINEZ.  I DECLINED THIS TEST KNOWING IT TO BE A RETALITORY
17  ACTION ON THE PART OF DR. KIRBY FOR MY CHALLENGING HER POSITION
18  AND SUBSEQUENTLY RECEIVED A RULES VIOLATION REPORT AND A
19  WAS ASSESSED A FOREITURE OF 90 DAYS OF EARNED GOOD-TIME.   THIS
20  IS A MATTER OF PSYCHIATRIST-PATIENCE CONFIDENCIALITY AND OF
21  RIGHT OF PRIVILEGE DISCLOSURE FOR DISCIPLINADY MEANS.   THIS
22  MATTER WAS APPEALED THROUGH ALL ADMINISTRATIVE LEVELS.

23  IV.    Relief.

24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  ASSESS CONSEQUENTIAL DAMAGES OF DR. KAREN Y. KIRBY IN THE
27  AMOUNT OF $5,297.74 (ACCORDING TO PROOF); ASSESS EXEMPLARY
28  DAMAGES OF DR. KIRBY IN THE AMOUNT OF $1,000.00;   ASSESS

COMPLAINT                        - 3 -

1  EXEMPLARY DAMEGES OF MICHAEL S. EVANS (WARDEN) IN THE AMOUNT

2  OF $1,000.00; ASSESS NOMINAL DAMAGES OF (DOE # 1) CORRECTIONAL

3  SERGEANT "JANSEN" IN THE AMOUNT OF $0.01.///

4

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7   Signed this __25__ day of ___JUNE___ , 20_08_

8

9   _____

10                      (Plaintiff's signature)

COMPLAINT                    - 4 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

CHAD EDWARD KASTLE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  MONTEREY
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

IN PRO PER

**DEFENDANTS**

KAREN Y. KIRBY, MD;
MICHAEL S. EVANS, WARDEN;
CORRECTIONAL SERGEANT "JANSEN" DOE 1

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  UNKNOWN
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)

EDMUND BROWN JR.  (FOR EVANS & DOE 1)
ATTORNEY GENERAL OF CALIFORNIA

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x]1 | [x]1 | Incorporated or Principal Place of Business in This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

*PERSONAL INJURY*
- [x] 362 Personal Injury Med Malpractice
- [ ] 365 Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights
- [ ] 445 Amer w/ disab - Empl
- [ ] 446 Amer w/ disab - Other

**PRISONER PETITIONS**
- [ ] 510 Motion to Vacate Sentence Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt Relations
- [ ] 730 Labor/Mgmt Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl.Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (US Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ [ ]  CHECK YES only if demanded in complaint:

JURY DEMAND: [x] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

- [ ] SAN FRANCISCO/OAKLAND
- [x] SAN JOSE

DATE  6-25-08

SIGNATURE OF ATTORNEY OF RECORD