FILED

AUG 2 8 2008

NO┈ ┈┈┈ ┈┈PT
┈┈┈ ┈┈┈ ┈ORNIA

*10*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHAD EDWARD KASTLE
                              Plaintiff,

vs.

KAREN Y. KIRBY, MD;
MICHAEL S. EVANS, WARDEN; &
DOE # 1
                              Defendant.

CASE NO. _C08-3138- JF_

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, __CHAD E. KASTLE__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes **XX** No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __0.00__        Net: __0.00__

Employer: __STATE OF CALIFORNIA AT SVSP, INMATE PORTER JOB NUMBER PTR-B.529 B52W, NO PAY__

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   __N/A_____

5   _____

6   _____

7   2.     Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9        a.     Business, Profession or              Yes ____ No **X**

10              self employment

11       b.     Income from stocks, bonds,           Yes ____ No **X**

12              or royalties?

13       c.     Rent payments?                       Yes ____ No **X**

14       d.     Pensions, annuities, or             ·Yes ____ No **X**

15              life insurance payments?

16       e.     Federal or State welfare payments,   Yes ____ No **X**

17              Social Security or other govern-

18              ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.     Are you married?                         Yes ____ No **x**

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.     a.     List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2           support and indicate how much you contribute toward their support. (NOTE:

3           For minor children, list only their initials and ages. DO NOT INCLUDE

4           THEIR NAMES.).

5    __NO PERSONS ARE DEPENDANT UPON ME FOR SUPPORT_____

6    _____

7    5.    Do you own or are you buying a home?        Yes ____ No **X**__

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?        Yes ____ No **X**__

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account? Yes ____ No **X**__ (Do _not_ include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ____ No **X**__ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No _**X**__

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _0_____ Utilities: __0_____

23   Food: $ _0_____ Clothing: _0_____

24   Charge Accounts:   **NONE**

25   Name of Account            Monthly Payment                Total Owed on This Acct.

26   _____      $ _____      $ _____

27   _____      $ _____      $ _____

28   _____      $ _____      $ _____

9.      Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$51,372.00 (RESTITUTION) TO VENTURA COUNTY SUPERIOR COURT
$350.00 TO THIS COURT ON CIVIL NO. CV-08-00646-JF (PR)

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes **X**   No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

THIS COURT IN KASTLE VS. SCHWARZENEGGER (03-10-2008) ABOVE NO.
THIS COURT IN KASTLE VS. EVANS (04-25-08), 5:08-CV-02196-JF

        I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-25-08

_____
DATE

_____
SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
                                                                                    [prisoner name]
_____ where (s)he is confined.
                    [name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____             _____
                                                  [Authorized officer of the institution]